UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>vs.<br><br>PLUTUS LENDING, LLC d/b/a ABRA,<br><br>*Defendant*. | Case No. 24-cv-02457-BAH |

**CONSENT MOTION FOR ENTRY OF FINAL JUDGMENT**

Plaintiff Securities and Exchange Commission ("SEC") with the consent of Plutus Lending, LLC d/b/a Abra ("Defendant" or "Abra") moves for final judgment and asks the Court to impose a civil penalty of $1,650,000 consistent with the attached Consent and proposed final judgment.

On August 26, 2024, the SEC filed this case alleging that Abra violated Section 5 of the Securities Act [15 U.S.C. § 77e] and Section 7(b) of the Investment Company Act [15 U.S.C. § 80a–7(b)]. Compl. ECF No. 1. The SEC also filed a Consent Motion for Judgment based on Defendant's consent to a partial judgment. ECF No. 2.

On August 30, 2024, the Court issued the agreed-to partial Judgment, which permanently restrains and enjoins Defendant from violating Section 5 of the Securities Act and Section 7(b) of the Investment Company Act. ECF No. 5. The Judgment also ordered that "Defendant shall pay a civil penalty pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)] and Section 42(e) of the Investment Company Act [15 U.S.C. § 80a–41(d)]" in an amount

determined by the Court after briefing by the SEC. *Id.* On October 21, 2024, the SEC filed its motion for final judgment asking the Court to impose a penalty of $3 million. ECF No. 10.

The parties have now reached an agreement on the amount of civil penalty and jointly submit this motion for entry of Final Judgment, including an order that Abra pay a civil penalty of $1,650,000. That penalty is appropriate and just for, among other reasons, the reasons set forth in the SEC's Memorandum regarding its Motion for Final Judgment. ECF No. 10-1.

DATED:  January 10, 2025            Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

By:   */s/ Zachary A. Avallone*

ZACHARY A. AVALLONE
BRITTANY FRASSETTO
KEVIN HAYNE
Enforcement Division
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
Telephone: (202) 795-0987
Facsimile: (202) 772-9282
Email:  avallonez@sec.gov

*Attorneys for Plaintiff*
*Securities and Exchange Commission*