UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE
COMMISSION,

     *Plaintiff,*

vs.

PLUTUS LENDING, LLC d/b/a ABRA,

     *Defendant.*

CASE NO. 24-cv-2457-BAH

## CONSENT OF DEFENDANT PLUTUS LENDING LLC
## REGARDING CIVIL PENALTY

The Consent of Defendant Plutus Lending, LLC d.b.a. Abra ("Defendant") was previously filed in this Action. ECF No. 2-1. That Consent remains in effect and in full force, with the exception of ¶ 3 which is superseded by the following:

Defendant agrees that the Court shall order a civil penalty of $1,650,000.00 pursuant to 20(d) of the Securities Act [15 U.S.C. § 77t(d)] and Section 42(e) of the Investment Company Act [15 U.S.C. § 80a-41(d)].

Additionally, Defendant further consents to the entry of the attached Final Judgment, which incorporates by reference the terms of the Judgment that the Court entered on August 30, 2024 (ECF No. 5) except as otherwise noted.

Dated: __10/13/2024__

Plutus Lending LLC

By: _____
William Barhydt, CEO
3715 Northside Parkway, Building 100, Suite 500
Atlanta, GA 30327

On ___13th December 2024___ *William Barhydt* ___, a person known to me, personally appeared before me and acknowledged executing the foregoing Consent with full authority to do so on behalf of *Plutus Lending LLC* its ___CEO___.

*Ivelina Todorova*

Notary Public

Commission expires:  07/ 14/ 2028

> Ivelina Todorova
> NOTARY PUBLIC
> Cobb County
> State of Georgia
> My Comm. Expires 07/14/2028

Approved as to form:

*Deborah R. Meshulam*

Attorney for Defendant

Deborah R. Meshulam
DLA Piper LLP (US)
500 Eighth Street N.W.
Washington, D.C. 20004