UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE
COMMISSION,

   *Plaintiff,*

vs.

PLUTUS LENDING, LLC d/b/a ABRA,

   *Defendant.*

CASE NO. 24-cv-02457-BAH

## [PROPOSED] FINAL JUDGMENT

The Securities and Exchange Commission ("SEC" or "Commission") has filed a Complaint, and Defendant Plutus Lending, LLC d/b/a Abra has (i) entered a general appearance; (ii) consented to the Court's jurisdiction over Defendant and the subject matter of this action; (iii) consented to entry of Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); and (iv) waived findings of fact and conclusions of law.

The Court entered partial Judgment on August 30, 2024. ECF No. 5. The injunctive relief and other terms of that Judgment remain in effect and are incorporated into this Final Judgment except as otherwise noted.

In the August 30, 2024 Judgment, the Court "ORDERED, ADJUDGED, AND DECREED that Defendant shall pay a civil penalty pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)])] and Section 42(e) of the Investment Company Act [15 U.S.C. § 80a-41(d)]." *Id.* at 4. The Court stated that "it shall determine the amounts of the civil penalty upon motion of the Commission." *Id.* The parties have now reached a settlement on the civil penalty amount and have asked the Court to enter Final Judgment ordering a civil penalty of $1,650,000.

Upon consideration of all relevant filings, and for good cause shown, the Court hereby GRANTS the Consent Motion for Entry of Final Judgment.

It is ORDERED, ADJUDGED, AND DECREED that Defendant shall pay a civil penalty in the amount of $1,650,000.00 pursuant Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)])] and Section 42(e) of the Investment Company Act [15 U.S.C. § 80a–41(d)].

Defendant shall pay the total civil penalty of $1,650,000.00 in two installments to the Commission according to the following schedule: (1) $100,000.00 within 30 days of entry of Final Judgment; and (2) $1,550,000.00 within 365 days of entry of Final Judgment. If Defendant fails to make any payment by the date agreed and/or in the amount agreed according to the schedule set forth above, all outstanding payments under this Final Judgment, including post-judgment interest, minus any payments made, shall become due and payable immediately at the discretion of the staff of the Commission without further application to the Court.

Defendant may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

    Enterprise Services Center
    Accounts Receivable Branch
    6500 South MacArthur Boulevard
    Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Plutus Lending LLC d/b/a Abra as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendant. The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

The Commission may enforce the Court's judgment for penalties by the use of all collection procedures authorized by law, including the Federal Debt Collection Procedures Act, 28 U.S.C. § 3001 *et seq.*, and moving for civil contempt for the violation of any Court orders issued in this action. Defendant shall pay post judgment interest on any amounts due after 30 days of the entry of this Final Judgment pursuant to 28 U.S.C. § 1961.

DATE: January 13, 2025

Beryl A. Howell
United States District Judge